**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000964
08-FEB-2022
08:00 AM
Dkt. 65 OAWST**

NO. CAAP-18-0000964

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

J.P. MORGAN MORTGAGE ACQUISITION CORP., Plaintiff-Appellee,
v.
JOHN L. LAUDON; WENDY W. LAUDON, Defendants-Appellants,
and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. solely as nominee for COUNTRYWIDE BANK, N.A.; ROBERT THOMPSON; JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC121000119)

ORDER
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Stipulation and Order for Dismissal with Prejudice of Notice of Appeal filed December 20, 2018, filed February 4, 2022, by Plaintiff-Appellee J.P. Morgan Mortgage Acquisition Corp., the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, February 8, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge